

YAAKOV SAKS▲■*
JUDAH STEIN▲■
ELIYAHU BABAD▲■
MARK ROZENBERG■
KENNETH WILLARD▲■

▲ NJBar Admissions
^ CT & NJ Bar Admissions
■ NY Bar Admission
*Federal Court Bar Admissions
AR, CT, CO, DC, IL, MI, MO, ND, NE, NM, TN, TX, WI

One University Plaza, Suite 620, Hackensack, NJ 07601 | tel: 201.282.6500 | fax: 201.282.6501 | www.steinsakslegal.com

April 12, 2024

**Via CM/ECF**
The Honorable Mary Kay Vyskocil
United States District Court
Southern District of New York

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/12/2024
```

Re:   **Wahab v. Surya Nature, Inc.**
      **Case #:  1:24-cv-00384-MKV**

Dear Judge Vyskocil:

   I represent Plaintiff Angela Wahab in this matter, and write pursuant to the Order of April 8, 2024, to inform the Court that Plaintiff intends to file an amended complaint.  Plaintiff further respectfully requests that the due date for the amended complaint be extended from April 19, 2024, to May 3, 2024.

   I make this request because I will be out of office for most of the Passover holiday, April 22 to April 30.  This is Plaintiff's first request for an extension regarding the amended complaint.  Counsel for Defendant has graciously consented to this request.

   We thank Your Honor and the Court for its kind consideration and courtesies.

                                             Respectfully submitted,

                                             *s/ Mark Rozenberg*
                                             Mark Rozenberg, Esq.

---

Granted. SO ORDERED. AC due May 3, 2024.  Response to the AC due within 14 days of its filing.  If the response is a MTD, further briefing on the schedule set forth in Local Civil Rule 6.1(b).

Date: __April 12, 2024__
New York, New York

*Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge