**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
ANGELA WAHAB, On Behalf Of Herself And
All Others Similarly Situated,

                    Plaintiff,

-against-                                24 **CIVIL** 0384 (MKV)

                                                    **JUDGMENT**

SURYA NATURE, INC.,

                    Defendant.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 20, 2025, Defendant's motion to dismiss is GRANTED. This case is dismissed, without leave to amend and without prejudice, for lack of standing; accordingly, the case is closed.

**Dated:**  New York, New York

       March 20, 2025

                                                           **TAMMI M HELLWIG**

                                                               Clerk of Court

**BY:**

                                                               **Deputy Clerk**